UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SEAROSE SHIPPING,

        Plaintiff,

-v-                                          No. 09 Civ.463 (LTS)(RLE)

EASTERN PROVINCE CEMENT,

        Defendant.

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 3 2009

## ORDER

The Court has received Plaintiff's May 12, 2009, status report. It is hereby

**ORDERED**, that in the event plaintiff restrains any further assets pursuant to the previously-issued Attachment Order, within five (5) days of this having occurred plaintiff shall inform the Court in writing that it has restrained assets and within thirty (30) days of this having occurred shall inform the Court in writing whether it has arranged with defendant(s) and/or any third parties to establish a separate escrow account into which to transfer funds in the amount of the attached assets, or obtain mutually acceptable substitute security in the amount of such assets, or pay such funds into the Registry of the Court. If the parties are able to agree to an arrangement, then this case will be dismissed without prejudice, and, upon request by plaintiff, the case will be reopened for the purposes of any necessary proceedings to enforce any judgment or arbitration award rendered in connection with a resolution of the merits of the dispute that is the subject of this action; and it is further,

**ORDERED**, that the Attachment Order shall automatically expire 60 days after the date of this Order unless plaintiff confirms by letter that it has commenced arbitration or other adversarial

proceedings against the Defendant on the merits of the claims underlying the attachment; and it is further,

**ORDERED**, that upon expiration or vacatur of the Attachment Order by reason of the preceding paragraphs, this Action may be dismissed without prejudice, without costs, and without further notice to any party. The plaintiff is directed to submit a letter to the Court informing it of the automatic expiration of the Attachment Order; and it is further

**ORDERED**, that the conference is adjourned to July 17, 2009, at 12:00 p.m.

SO ORDERED.

Dated: New York, New York
       May 12, 2009

                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge